Marie ASSA'AD–FALTAS, MD MPH, Plaintiff–Appellant,

v.

GINGLIAT SAVITZ AND BETTIS LAW FIRM, THE, in its corporate capacity; Stephen Savitz, Individually; Tiffany Lurke, officially as employee of Palmetto Health Richland Hospital for injunctive relief and individually for damages; Frank Voss, Jr., individually for damages; Palmetto Health Richland Hospital, PHRH for damages and for injunctive relief; All Agents of PHRH, who injured Plaintiff on 23 August 2012 and thereafter individually and for damages and officially for injunctive relief, Defendants–Appellees.

No. 14–2263.

United States Court of Appeals, Fourth Circuit.

Submitted April 23, 2015.

Decided April 27, 2015.

Marie Therese Assa'ad–Faltas, Appellant pro se.

Before SHEDD, DUNCAN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marie Assa'ad–Faltas appeals the district court's order accepting the magistrate judge's recommendation to dismiss her 42 U.S.C. § 1983 (2012) action against Defendants. We have reviewed the record and find no reversible error. Accordingly, we deny Assa'ad–Faltas's motions for injunctive relief pending appeal and for appointment of counsel and we affirm the district court's judgment. *Assa'ad–Faltas v. The Gingliat, Bettis & Savitz Law Firm,* No. 3:14–cv–03431–TLW (D.S.C. Nov. 5, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*